995 F. Supp. 123

NSK LTD., NSK CORP., KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORP., NTN CORP., NTN DRIVESHAFT, INC., AND NTN-BOWER CORP., PLAINTIFFS AND DEFENDANT-INTERVENORS, AND NIPPON PILLOW BLOCK SALES CO., LTD. AND FYH BEARING UNITS USA, PLAINTIFFS *v.* UNITED STATES, DEFENDANT AND TORRINGTON CO., DEFENDANT-INTERVENOR AND PLAINTIFF, AND HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR CO., INC., HONDA OF AMERICA MFG., INC., AND HONDA POWER EQUIPMENT MFG., INC., DEFENDANT-INTERVENORS

Consolidated Court No. 95–03–00239

(Dated February 4, 1997)

## ORDER

TSOUCALAS, *Senior Judge:* Upon consideration of the remand results filed by the Department of Commerce on September 15, 1997; the comments upon the remand results filed by The Torrington Company and Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A.; and the motion of the United States for a further remand with respect to NTN's home market "sample and other similar transfers," it is hereby

ORDERED that the remand results are affirmed except with respect to NTN's "sample and other similar transfers," and it is further

ORDERED that the case is remanded to the Department of Commerce to exclude from NTN's home market database only those "sample and other similar transfers" for which NTN received no consideration.